

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-21-00212-CV

Earl **HARPER**,
Appellant

v.

**CREDITO REAL BUSINESS CAPITAL**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23243
Honorable Laura Salinas, Judge Presiding

# O R D E R

On August 1, 2022, appellant filed an unopposed motion requesting a fourteen-day extension of time to file a motion for rehearing. After consideration, we **grant** the motion and **order** appellant to file his motion for hearing **by August 18, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court